**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CR-049-KDB-DCK-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **JAMIL MATEEN SCOTT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Unopposed Motion To Modify Detention Order" (Document No. 11) filed March 18, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Unopposed Motion To Modify Detention Order" (Document No. 11) is **GRANTED**. The "Order Of Detention Pending Trial" (Document No. 8) entered in this matter on March 10, 2022 is hereby modified to add the recommendation that Defendant participate in drug treatment while in pretrial detention.

**SO ORDERED**.

Signed: March 21, 2022

David C. Keesler
United States Magistrate Judge